Form finmgtc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−11555−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

    Fabricia Demelo
    aka Fabricia Chiovaro
    17 Oxford St
    Montclair, NJ 07042−4907

Social Security No.:
    xxx−xx−4370

Employer's Tax I.D. No.:

## NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider may file a Certificate of Debtor Education, or the debtor must file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

    Chapter 13: [No Later than the date you make the last payment under your plan.]

To date the court has not received the above document from the debtor(s), nor has it received a Certificate of Debtor Education from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: April 6, 2018
JAN: admi

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Fabricia Demelo  
    Debtor

Case No. 18-11555-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Apr 06, 2018  
                    Form ID: finmgtc    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2018.  
db        Fabricia Demelo,   17 Oxford St,   Montclair, NJ  07042-4907

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg          E-mail/Text: usanj.njbankr@usdoj.gov Apr 06 2018 22:45:34     U.S. Attorney,   970 Broad St.,   Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534  
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 06 2018 22:45:31     United States Trustee,   Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,   Newark, NJ 07102-5235  
                                                                                                                                     TOTAL: 2

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2018                                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2018 at the address(es) listed below:  
        Denise E. Carlon   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT2007-18CB) dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Joseph John Reilly   on behalf of Debtor Fabricia  Demelo jreilly@mcablaw.com, mcabrera@mcablaw.com,mcabecf@mcablaw.com  
        Marie-Ann Greenberg   magecf@magtrustee.com  
        Mathew M. Cabrera   on behalf of Debtor Fabricia  Demelo mcabecf@mcablaw.com, G27084@notify.cincompass.com;jreilly@mcablaw.com  
        Rebecca Ann Solarz   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT2007-18CB) rsolarz@kmllawgroup.com  
        Robert P. Saltzman   on behalf of Creditor Series 2007-18CB  Bayview Loan Servicing LLC, servicer for The Bank of New York as Trustee, for the Benefit of the Certificate Holders, CWALT, Inc., Alternative Loan Trust 2007-18CB Mortgage Pass-Through Certificates, dnj@pbslaw.org  
        Robert P. Saltzman   on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York, as trustee ( CWALT2007-18CB) c/o Bayview Loan Servicing LLC dnj@pbslaw.org  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                  TOTAL: 8