Joseph J. Reilly, Esquire   (JJR-7432)
M. Cabrera & Associates, P.C.
2002 Route 17M, Suite 12
Goshen, New York 10924
Telephone: 845-531-5474
Facsimile: 845-230-6645
Counsel for Debtor, Fabricia DeMelo

**Order Filed on April 12, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| In re:            | Chapter 13              |
|-------------------|-------------------------|
| Fabricia DeMelo,  | Case No. 18-11555 (SLM) |
| Debtor.           |                         |

**ORDER APPROVING DEBTOR'S PARTICIPATION IN LOSS MITIGATION
PROGRAM TO ALLOW HER TO NEGOTIATE LOAN MODIFICATION WITH
BAYVIEW LOAN SERVICING, LLC, ON HER PROPERTY LOCATED AT 17 OXFORD
STREET, MONTCLAIR, NEW JERSEY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 12, 2018**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

THIS MATTER having been brought to the Court upon the motion of the Debtor, Fabricia DeMelo, by and through their counsel, M. Cabrera & Associates, P.C., seeking a Court Order to approve the Debtor's participation in the Loss Mitigation Program and allow her to engage in loan modification negotiations with Bayview Loan Servicing, LLC to modify the existing loan on her real property located at 17 Oxford Street, Montclair, New Jersey 07112; and the Debtor having provided due and sufficient notice of the Motion, and no additional notice of the Motion being necessary under the present circumstances, and there being no opposition to the requested relief; and after the Court having considered all the papers submitted and the arguments of counsel, if any:

**IT IS hereby ORDERED as follows**:

1. The Debtor and Bayview Loan Servicing shall participate in the Loss Mitigation Program with regard to loan number xx8720, in good faith, with the purpose of attempting to modify the Debtor's existing mortgage, held by Bayview Loan Servicing, on the property located at 17 Oxford Street, Montclair, New Jersey;

2. The parties shall submit all documents and communicate through the DMM portal;

3. The initial time period for the parties to negotiate the loan modification shall be six months;

4. During the Loss Mitigation period, the Debtor shall make adequate protection payments to Bayview Loan Servicing in the amount of $3,600 per month as required under the Loss Mitigation Program.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-11555-SLM
Fabricia Demelo                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Apr 12, 2018
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2018.
db        Fabricia Demelo,    17 Oxford St,    Montclair, NJ    07042-4907

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2018 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,  AS TRUSTEE (CWALT2007-18CB) dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
        Joseph John Reilly    on behalf of Debtor Fabricia  Demelo jreilly@mcablaw.com, mcabrera@mcablaw.com,mcabecf@mcablaw.com
        Marie-Ann  Greenberg    magecf@magtrustee.com
        Mathew M. Cabrera    on behalf of Debtor Fabricia  Demelo mcabecf@mcablaw.com, G27084@notify.cincompass.com;jreilly@mcablaw.com
        Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT2007-18CB) rsolarz@kmllawgroup.com
        Robert P. Saltzman    on behalf of Creditor Series 2007-18CB  Bayview Loan Servicing LLC, servicer for The Bank of New York as Trustee, for the Benefit of the Certificate Holders, CWALT, Inc., Alternative Loan Trust 2007-18CB Mortgage Pass-Through Certificates, dnj@pbslaw.org
        Robert P. Saltzman    on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York, as trustee ( CWALT2007-18CB) c/o Bayview Loan Servicing LLC dnj@pbslaw.org
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                                                                   TOTAL: 8