UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Joseph J. Reilly, Esq.
M. Cabrera & Associates, P.C.
2002 Route 17M, Suite 12
Goshen, New York 10924
(845) 531-5474
Attorneys for the Debtor

In Re:

Fabricia DeMelo

Case No.: __18-11555__

Judge: __Meisel__

Chapter: __13__

# APPLICATION FOR EXTENSION OR
# EARLY TERMINATION OF LOSS MITIGATION PERIOD

The undersigned is the _____attorney for the Debtor_____ in this matter. On ____April 12, 2018____, a Loss Mitigation Order was entered concerning:

Property:    ____17 Oxford Street, Montclair, New Jersey 07112____

Creditor:    ____Bayview Loan Servicing____

Pursuant to the Loss Mitigation Order, the Loss Mitigation Period will expire on __10/9/2018 **__.

For the reason(s) set forth below, the _____Debtor_____ hereby requests:

☑ An extension of the Loss Mitigation Period to ____10/9/2018____.

☐ Early termination of the Loss Mitigation Period, effective _____.

Set forth the applicant's reason(s) for the above request:
** Court order of 4/12/2018 granted Debtor participation in Loss Mitigation program provided for initial 6 month time period for loss mitigation or 10/9/2018.  Confirmation order of 5/15/2018 required loan modification to be completed by 7/25/2018.  Debtor seeks extension to 10/9/2018.  Debtor is still exchanging documents with Bayview's rep. - John Koscinski. Debtor has continued with adequate protection payments.

Dated: __7/19/2018__

/s/ Joseh J. Reilly
Applicant's signature

*Revised  9/19/13*