UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph J. Reilly, Esq.
M. Cabrera & Associates, P.C.
2002 Route 17M, Suite 12
Goshen, New York 10924
Attorneys for the Debtor

**Order Filed on July 31, 2018 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey**

In Re:

Fabricia DeMelo

Case No.:   18-11555

Chapter:   13

Judge:   Meisel

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 31, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____4/12/2018_____ :

Property:     17 Oxford Street, Montclair, New Jersey 07112

Creditor:     Bayview Loan Servicing

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by __Debtor Fabricia DeMelo__, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____October 9, 2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*