UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph J. Reilly, Esq.
M. Cabrera & Associates, P.C.
2002 Route 17M, Suite 12
Goshen, New York 10924
Attorneys for the Debtor

Order Filed on July 31, 2018 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

In Re:

Fabricia DeMelo

| | |
|---|---|
| Case No.: | 18-11555 |
| Chapter: | 13 |
| Judge: | Meisel |

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 31, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____4/12/2018_____ :

Property:     17 Oxford Street, Montclair, New Jersey 07112

Creditor:     Bayview Loan Servicing

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by __Debtor Fabricia DeMelo__, and for good cause shown

- ❑ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____October 9, 2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Fabricia Demelo  
    Debtor

Case No. 18-11555-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Aug 01, 2018  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2018.
db         Fabricia Demelo,    17 Oxford St,    Montclair, NJ    07042-4907

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2018                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2018 at the address(es) listed below:
         Charles G. Wohlrab    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT2007-18CB) cwohlrab@logs.com,    njbankruptcynotifications@logs.com
         Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT2007-18CB) dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
         Joseph John Reilly    on behalf of Debtor Fabricia   Demelo jreilly@mcablaw.com, mcabrera@mcablaw.com,mcabecf@mcablaw.com
         Marie-Ann Greenberg    magecf@magtrustee.com
         Mathew M. Cabrera    on behalf of Debtor Fabricia   Demelo mcabecf@mcablaw.com, G27084@notify.cincompass.com;jreilly@mcablaw.com
         Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT2007-18CB) rsolarz@kmllawgroup.com
         Robert P. Saltzman    on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York, as trustee ( CWALT2007-18CB) c/o Bayview Loan Servicing LLC dnj@pbslaw.org
         Robert P. Saltzman    on behalf of Creditor Series 2007-18CB   Bayview Loan Servicing LLC, servicer for The Bank of New York as Trustee, for the Benefit of the Certificate Holders, CWALT, Inc., Alternative Loan Trust 2007-18CB Mortgage Pass-Through Certificates, dnj@pbslaw.org
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                TOTAL: 9