Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  18−11555−SLM
                Chapter:  13
                Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Fabricia Demelo
   aka Fabricia Chiovaro
   17 Oxford St
   Montclair, NJ 07042−4907

Social Security No.:
   xxx−xx−4370

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 10/10/18 at 10:30 AM

to consider and act upon the following:

*40* − Application for Early Termination of Loss Mitigation Period. Filed by Charles G. Wohlrab on behalf of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT2007−18CB). Objection deadline is 9/4/2018. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Wohlrab, Charles)

*41* − Certification in Opposition to Early Termination of Loss Mitigation (related document:40 Application for Early Termination of Loss Mitigation Period. Filed by Charles G. Wohlrab on behalf of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT2007−18CB). Objection deadline is 9/4/2018. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT2007−18CB)) filed by Mathew M. Cabrera on behalf of Fabricia Demelo. (Cabrera, Mathew)

Dated: 9/5/18

                                          Jeanne Naughton
                                          Clerk, U.S. Bankruptcy Court