**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

   FABRICIA DEMELO

Order Filed on January 24,
2019 by Clerk, U.S. Bankruptcy
Court - District of New Jersey

Case No.:  18-11555 SLM

Hearing Date:  1/23/2019

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: January 24, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):  FABRICIA DEMELO

Case No.:  18-11555

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 01/23/2019 on notice to MATHEW M

CABRERA, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

■ ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment,

then the case will be dismissed upon certification of the Standing Trustee.