**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:
DEMELO, FABRICIA

Case No.: 18-11555 (SLM)
Chapter: 7
Judge: STACEY L. MEISEL

### NOTICE OF PROPOSED ABANDONMENT

Jay L. Lubetkin, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Jeanne A. Naughton, Clerk US Bankruptcy Court, District of New Jersey MLK Jr. Federal Building 50 Walnut Street Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable STACEY L. MEISEL on April 14, 2020 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3A. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 17 Oxford Street Montclair, NJ 07042  Current Market Value: $655,000.00 |
|---|---|

| Liens on property: | $776,687.00 |
|---|---|

| Amount of equity claimed as exempt: | $12,000.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

NAME: /s/Jay L. Lubetkin, Chapter 7 Trustee
FIRM NAME: Rabinowitz, Lubetkin & Tully, L.L.C.
ADDRESS: 293 Eisenhower Parkway, Suite 100, Livingston, New Jersey 07039
TELEPHONE NO: (973) 597-9100
SUBMITTED BY: Jay L. Lubetkin   POSITION: Chapter 7 Trustee   PHONE: (973)597-9100
DATED: March 17, 2020

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 18-11555-SLM
Fabricia Demelo                                                                     Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                  Page 1 of 2              Date Rcvd: Mar 17, 2020
                              Form ID: pdf905              Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 19, 2020.
db              +Fabricia Demelo,    17 Oxford St,    Montclair, NJ 07042-4964
cr              +Series 2007-18CB Bayview Loan Servicing LLC, servi,    P.O. Box 840,    Buffalo, NY 14240-0840
cr              +THE BANK OF NEW YORK MELLON,    Aldridge Pite, LLP,    4375 Jutland Drive, Ste 200,
                  PO Box 17933,    San Diego, CA 92177-7921
cr              +The Bank of New York Mellon fka The Bank of New Yo,    P.O. Box 840,    Buffalo, NY 14240-0840
517298011        American Express Centurion Bank,     c/o Becket and Lee, LLP,    PO Box 3001,
                  Malvern, PA 19355-0701
517298012        Bank of New York Mellon, as Trustee for,    PO Box 24330,    Oklahoma City, OK 73124-0330
517298013        Bayview Loan Servicing,    4300 NW 19th St Ste 404,    Doral, FL 33126
517298016        Ops 9, LLC,    5755 N Point Pkwy Ste 12,    Alpharetta, GA 30022-1136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Mar 18 2020 01:05:34      U.S. Attorney,   970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 18 2020 01:05:29      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
cr              +E-mail/PDF: gecsedi@recoverycorp.com Mar 18 2020 01:00:51
                  Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,   Norfolk, VA 23541-1021
517438103       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 18 2020 01:06:07
                  Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd., 5th Floor,
                  Coral Gables FL 33146-1873
517298014        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 18 2020 00:59:20
                  Capital One Bank USA, NA,    Bankruptcy Department,,    PO Box 30285,
                  Salt Lake City, UT 84130-0285
517341764       +E-mail/Text: bankruptcy@cavps.com Mar 18 2020 01:05:53      Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517437913        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 18 2020 01:01:23      LVNV Funding,
                  c/o Resurgent Capital Services,    PO BOX 10675,    Greenville, SC 29603-0675
517298015        E-mail/PDF: bankruptcy@ncfsi.com Mar 18 2020 00:59:24      New Century Financial Services,
                  110 S Jefferson Rd Ste 104,    Whippany, NJ 07981-1038
517298017        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 18 2020 00:59:23
                  Portfolio Recovery Associates,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4962
517321904        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 18 2020 00:59:24
                  Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                  Norfolk VA 23541
517299160       +E-mail/PDF: gecsedi@recoverycorp.com Mar 18 2020 00:58:57      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517341031*       American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                  Malvern PA 19355-0701
517341797*      +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 17, 2020 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT2007-18CB) cwohlrab@LOGS.com, njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT2007-18CB) dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Mar 17, 2020
                              Form ID: pdf905          Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Jay L. Lubetkin    jlubetkin@rltlawfirm.com,   NJ57@ecfcbis.com,lvala@rltlawfirm.com,
           rgaydos@rltlawfirm.com
          Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
           NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
          Jill  Manzo    on behalf of Creditor   Bayview Loan Servicing, LLC, as servicer for THE BANK OF
           NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT2007-18CB) bankruptcy@feinsuch.com
          Joseph John Reilly    on behalf of Debtor Fabricia  Demelo jreilly@mcablaw.com,
           mcabrera@mcablaw.com,mcabecf@mcablaw.com
          Mathew M. Cabrera    on behalf of Debtor Fabricia  Demelo mcabecf@mcablaw.com,
           G27084@notify.cincompass.com;jreilly@mcablaw.com
          Rebecca Ann Solarz    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE (CWALT2007-18CB) rsolarz@kmllawgroup.com
          Robert P. Saltzman    on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York,
           as trustee ( CWALT2007-18CB) c/o Bayview Loan Servicing LLC dnj@pbslaw.org
          Robert P. Saltzman    on behalf of Creditor Series 2007-18CB  Bayview Loan Servicing LLC, servicer
           for The Bank of New York as Trustee, for the Benefit of the Certificate Holders, CWALT, Inc.,
           Alternative Loan Trust 2007-18CB Mortgage Pass-Through Certificates, dnj@pbslaw.org
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                        TOTAL: 11